# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DISTRICT

| | |
|---|---|
| ISMAEL JOSE ALVARADO,<br><br>      Petitioner,<br><br>    v.<br><br>HARDLEY, Warden,<br><br>      Respondent. | Case No. CV 08-2843-SJO (JWJ)<br><br>**ORDER TO SHOW CAUSE** |

On June 30, 2008, respondent filed a Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus. On July 8, 2008, this Court issued a Minute Order ordering that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by July 22, 2008." To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus.

Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

Petitioner shall have **fourteen days from the date of this Order** to show cause why he has not filed an Opposition to respondent's Motion to Dismiss petitioner's Petition for Writ of Habeas Corpus or to file an

1  Opposition to respondent's Motion to Dismiss.  If petitioner does not file an
2  Opposition to the Motion to Dismiss or show reasonable cause for his failure
3  to do so within fourteen days of the date of this Order, the Court will deem
4  this matter under submission and will rule on respondent's Motion to
5  Dismiss.

7  DATED:  September 2, 2008

10                                             /s/
                                         JEFFREY W. JOHNSON
11                                       United States Magistrate Judge

28                                            2