# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL JOSE ALVARADO,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES HARTLEY, Warden,<br><br>　　　　　　Respondent. | Case No. CV 08-2843-SJO (JEM)<br><br>**J U D G M E N T** |

　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: April 1, 2010

　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE